# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **LENARD REGINALD NEWSOME,** individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>-against-<br><br>**ONE SOURCE TECHNOLOGY, LLC d/b/a ASURINT,**<br><br>**Defendant.** | Civil Case Number:<br>1:23-cv-05984-ELR-LTW |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the Plaintiff shall file a Notice of Dismissal with prejudice and without attorneys' fees or costs. It is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to finalize settlement details.

Dated:     March 26, 2024

/s/ Joseph H. Kanee
Joseph H. Kanee, Esq.
MARCUS & ZELMAN, LLC
4000 Ponce de Leon Blvd, Suite 470
Coral Gables, FL 33146
(786) 369-1122
joseph@marcuszelman.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **26th day of March 2024**.  Notice of this filing will be sent to all appearing parties by operation of the Court's electronic filing system.

/s/ Joseph H. Kanee  
Joseph H. Kanee, Esq.
